Porto Rico Fertilizer Company, Petitioner, *v.* Rossy, District Judge, Respondent (Gandía, Intervenor).

Petition for a Writ of Certiorari to the District Court of San Juan, Section 2, in an Action to Recover Dividends, etc.

No. 201.—Decided December 14, 1917.

Certiorari—Academic Question.—When by reason of the subsequent actions of the parties, and especially of the petitioner, constituting a waiver of any right to a writ of certiorari the legal situation is so changed as to leave nothing but an academic question for decision, the writ of certiorari must be annulled.

The facts are stated in the opinion.

*Messrs. Cayetano Coll y Cuchí* and *Eugenio Benítez Castaño* for the petitioner.

The respondent did not appear.

*Mr. José de Guzmán Benítez* for the intervenor.

Mr. Justice Wolf delivered the opinion of the court.

This was an application for a certiorari substantially between the same real parties in interest as in the case of *Gandía* v. *Texidor, ante,* p. 36. We think that the subsequent actions of the parties in that case, and especially of the defendant coming into court with various motions, waived any right that it possibly might have to the issuance of the writ. In any event, the legal situation has been so changed as to leave nothing before us except an academic question, hence the writ of certiorari must be annulled.

*Petition denied.*

Justices del Toro and Hutchison concurred.

Chief Justice Hernández and Justice Aldrey absent.